UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:25-cr-136-TPB-PRL
     18 U.S.C. §§ 1343 and 2

JEAN PAUL LACRUZ ROMERO
JORDAN DAVID COURSEY

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

#### A.   Introduction

At times material to this Indictment:

1.   Constellation Productions, Inc. ("Constellation") was an aviation and production company. Constellation had an aviation office and its aviation hangar in Marion County, in the Middle District of Florida. The company's financing department was in Irvine, California. Constellation could send and receive electronic mail ("email") through the internet. Email is a method of transmitting and receiving digital messages using electronic devices over a computer network.

#### B.   The Scheme and Artifice

5.   Between on or about October 10, 2021, and on or about July 27, 2023, in the Middle District of Florida and elsewhere, the defendants,

**JEAN PAUL LACRUZ ROMERO**
**and**
**JORDAN DAVID COURSEY,**

1

knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

### C. Manner and Means of the Scheme and Artifice

6. The manner and means by which the defendants sought to accomplish the scheme and artifice include, among others, the following:

   a. It was part of the scheme that the defendants paid the service costs to fuel Constellation aircraft;

   b. It was further part of the scheme that the defendants created false invoices with material misrepresentations to be reimbursed by Constellation for the fueling service costs;

   b. It was further part of the scheme that the defendants overbilled Constellation for the fueling services through the false invoices; and

   d. It was further part of the scheme that the defendants electronically submitted the false invoices to Constellation through interstate commerce by email.

### D. Execution of the Scheme and Artifice

17. On or about the dates set forth below in Count One, in the Middle District of Florida and elsewhere, the defendants,

**JEAN PAUL LACRUZ ROMERO**
and
**JORDAN DAVID COURSEY,**

2

for the purpose of executing the aforementioned scheme and artifice, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below:

| COUNT | On or About Date | Description of Wire |
|---|---|---|
| ONE | July 26, 2022 | Email with an attached Lux Fuels, LLC invoice to Constellation with the subject, "737 Glock Trip# 596 receipts" |

In violation of 18 U.S.C. §§ 1343 and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1343, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The assets to be forfeited include, but are not limited to the following: an order of forfeiture in the amount of $305,231.34, which represents the proceeds of the offense personally obtained by COURSEY, and an order of forfeiture in the amount of 479,818.66, which represents the proceeds of the offense personally obtained by ROMERO.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Hannah Watson
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
September 25

No. 5:25-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

JEAN PAUL LACRUZ ROMERO
JORDAN DAVID COURSEY

## INDICTMENT

Violations: 18 U.S.C. §§ 1343 and 2

A true bill,

_____
Foreperson

Filed in open court this 23rd day of September 2025.

_M Taylor_____
Clerk

Bail $_____

GPO 863 525